The Honorable Ralph R. Beistline

Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, WA 98104-1705
(206) 623-0291

Gilbert H. Levy
Attorney at Law
2003 Western Ave., Suite 330
Seattle WA 98121
(206) 443-0670

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA ALAN WADE,<br><br>Defendant. | No. 3:07-cr-0111-RRB-JDR<br><br>MOTION TO SHOW CAUSE WHY THIS COURT SHOULD NOT DISMISS ALL COUNTS BECAUSE OF THE ANCHORAGE CORRECTIONAL COMPLEX'S CONTINUING VIOLATIONS OF WADE'S RIGHT TO COUNSEL |

**MOTION**

Comes now the defendant, Joshua Wade, by and through his attorneys, Gilbert H. Levy and Suzanne Lee Elliott, and hereby moves for an Order directing the Anchorage Correctional Complex (ACC) to show cause why this Court should not dismiss all counts against Wade for its continuing violations of Wade's right to counsel. This motion is supported by the accompanying Memorandum in Support.

DATED this day 16th of December, 2009.

MOTION TO SHOW CAUSE RE: DISMISS ALL
COUNTS RE: ACC'S CONTINUING VIOLATIONS
OF RIGHT TO COUNSEL – 1

LAW OFFICE OF SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
(206) 623-0291
FAX (206) 623-2186

*U.S. V. WADE*, NO. 3:07-CR-0111-RRB-JDR

| | |
|---|---|
| 1 | |
| 2 | /s/Suzanne Lee Elliott |
| | Law Office of Suzanne Lee Elliott |
| 3 | 1300 Hoge Building |
| | 705 Second Avenue |
| 4 | Seattle, Washington 98104 |
| | Phone (206) 623-0291 |
| 5 | Fax (206) 623-2186 |
| | Email: Suzanne-elliott@msn.com |
| 6 | |

**CERTIFICATE OF SERVICE**

I, SUZANNE LEE ELLIOTT, hereby certify that on December 16, 2009, I filed foregoing document with the United States District Court's Electronic Case Filing (CM/ECF) system, which will serve one copy by email on Assistant United States Attorney STEVEN SKROCKI and STEVE COOPER.

/s/Suzanne Lee Elliott
Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104
Phone: (206) 623-0291
Fax: (206) 623-2186
Email: suzanne-elliott@msn.com

---

MOTION TO SHOW CAUSE RE: DISMISS ALL COUNTS RE: ACC'S CONTINUING VIOLATIONS OF RIGHT TO COUNSEL – 2

*U.S. V. WADE*, NO. 3:07-CR-0111-RRB-JDR

LAW OFFICE OF SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
(206) 623-0291
FAX (206) 623-2186