The Honorable Ralph R. Beistline

Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, WA 98104-1705
(206) 623-0291

Gilbert H. Levy
Attorney at Law
2003 Western Avenue, Suite 330
Seattle, Washington 98121
(206) 443-0670

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:07-cr-0111-RRB-JDR |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DIRECTING THE ANCHORAGE CORRECTIONAL COMPLEX TO SHOW CAUSE WHY THIS COURT SHOULD NOT DISMISS ALL COUNTS BECAUSE OF ITS CONTINUING VIOLATIONS OF WADE'S RIGHT TO COUNSEL |
| vs. | |
| JOSHUA ALAN WADE, | |
| Defendant. | |

The Court, having considered the briefing of the parties, and hereby grants Wade's Motion to Show Cause Why This Court Should Not Dismiss All Counts Because of the Anchorage Correctional Complex's Continuing Violations of Wade's Right to Counsel.

NOW THEREFORE it is ordered that a duly authorized representative of the Anchorage Correctional Complex shall appear and show cause why this Court should not dismiss all counts for its continuing violations of Wade's right to counsel.

1  Done this ____ day of _____, 20__.

2

3  The Honorable Ralph R. Beistline
   United States District Court Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER TO SHOW CAUSE RE: ALL COUNTS
DISMISSED RE: VIOLATIONS OF RIGHT TO
COUNSEL – 2

*U.S. V. WADE*, NO. 3:07-CR-0111-RRB-JDR