LAW OFFICE OF

# Suzanne Lee Elliott
1300 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104

PHONE
206.623.0291

FAX
206.623.2186

November 24, 2009

Asst. Superintendent Self
Anchorage Correctional Complex
1300 E. Fourth Avenue
Anchorage AK 99501
Fax (907) 269-4208

**VIA FACSIMILE ONLY**

Re:   *Joshua Alan Wade*
      *DOC No. 421206, BOP No. 15456-006*

Dear Superintendent Self:

Please be advised that we are having problems with Mr. Wade's legal mail. Attached are two examples of the problems we're having. On October 28th 2009 we sent via FedEx a package of correspondence to Mr. Wade. That mail was marked in red ink "special legal mail open only in presence of inmate." Mr. Wade received the packaged opened and on the front of it was a sticky that was reproduced on my copies, which states "Opened by mistake. Mailroom." Then on November 5, 2009, Mr. Wade received correspondence from me. He received it in a large manila envelope. The shipping address had been cut so that one could not see the special legal mail stamp. In addition the materials had been removed from the FedEx envelope and placed in a totally separate envelope.

I would appreciate it if you could see that the mailroom more closely examines my mail to Mr. Wade and complies with the regulations that legal mail must be opened only in his presence. See DOC Policy 810.03(D).

Thank you for your kind attention to this matter.

Sincerely,

*Suzanne Lee Elliott*

Suzanne Lee Elliott
Attorney at Law

Enclosure
CC: Ms. Debbie Miller (via facsimilie)
    Mr. Joshua Wade
SLE: sp

**EXHIBIT 1**



FedEx Express Shipping
THU - 29 OCT
STANDARD OVERNIGHT
995 AK AN
8694 0436 0840
WU CYMA

SPECIAL LEGAL MAIL
Open Only In
Presence of Inmate

W.B

FedEx US Airbill
FedEx Tracking Number: 8694 0436 0840

Obscured by writing

**SPECIAL LEGAL MAIL**
Open Only In
Presence of Inmate



Extremely Urgent

# Envelope

**What is the weight limit for the FedEx® Envelope rate?**
Eight ounces — including the FedEx Envelope, airbill and contents (up to approximately thirty 8½" x 11" pages). If it exceeds the gross weight limit, a higher rate will apply.

**What can be shipped in the FedEx Envelope?**
This envelope is designed for documents. Contents should be compatible with the container and packed securely to help assure safe transportation with ordinary care in handling. Shipments within the U.S. with a value greater than US$500 should not be shipped in this envelope. International shipments with a value in excess of US$100 for carriage or customs should not be shipped in this envelope. Do not send cash, cash equivalent or other prohibited items. This envelope is for FedEx Express shipments only. Any other use is prohibited.

**What is the FedEx limit of liability?**
**For shipments within the U.S.,** FedEx liability is limited to US$100 for loss, damage, delay, misdelivery or nondelivery unless you declare a higher value and pay an extra charge. The maximum declared value for the contents of this envelope is US$500. See the current FedEx Service Guide or the FedEx® US Airbill for details.

**For international shipments,** FedEx liability is limited to US$100 for damage, delay or loss of shipments by surface or air and may be further limited by certain treaties, including the Warsaw Convention, typically to US$9.07 per pound. See the current FedEx Service Guide or the FedEx® International Air Waybill for details.

**Want more information?**
Go to fedex.com, or call 1.800.GoFedEx 1.800.463.3339 for U.S. domestic shipments, 1.800.247.4747 for international shipments. Call your local FedEx office if you are outside the U.S.

© 2005 FedEx 155477 REV 9/05 RT

**SPECIAL LEGAL MAIL**
Open Only In
Presence of Inmate

LAW OFFICE OF
# Suzanne Lee Elliott
1300 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104

PHONE
206.623.0291

FAX
206.623.2186

November 24, 2009

Asst. Superintendent Self
Anchorage Correctional Complex
1300 E. Fourth Avenue
Anchorage AK 99501
Fax (907) 269-4208

**VIA FACSIMILE ONLY**

Re:   *Joshua Alan Wade*
      *DOC No. 421206, BOP No. 15456-006*

Dear Superintendent Self:

I spoke with my client again today and he told me that his mail was opened a third time on November 17, 2009. Mr. Wade is exceedingly distressed about this and asks that the staff person(s) responsible to held accountable for their actions either civilly or criminally under federal law.

Please give me a call to discuss this matter if you wish.

Sincerely,

Suzanne Lee Elliott
Attorney at Law

Enclosure
CC: Ms. Debbie Miller (via facsimilie)
    Mr. Joshua Wade
SLE: sp

SUZANNE LEE ELLIOTT
ATTORNEY AT LAW
SUITE 1300 HOGE BUILDING
SEATTLE, WA 98104
(206) 623-0291
FAX (206) 623-2186

## FACSIMILE TRANSMITTAL SHEET

| TO: Superintendent Self | FROM: Suzanne Lee Elliott |
|---|---|
| COMPANY: Anchorage Correctional Complex | DATE: NOVEMBER 24, 2009 |
| FAX NUMBER: (907) 269-4208 | TOTAL PAGES INCLUDING COVER: 2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: *Joshua Alan Wade* | YOUR REFERENCE NUMBER: |

☒ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY

Please CC to Ms. Debbie Miller.

LAW OFFICE OF
# Suzanne Lee Elliott
1300 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104

PHONE
206.623.0291

FAX
206.623.2186

December 7, 2009

Mr. Joshua A. Wade #421206
Via FedEX
Anchorage Correctional Complex
West Facility
1300 East Fourth Avenue
Anchorage, AK 99501

Dear Josh:

Enclosed are materials from the discovery in your case. This material IS CONFIDENTIAL AND COVERED BY THE ATTORNEY CLIENT PRIVILEDGE.

Sincerely,

/s/

Suzanne Lee Elliott
Attorney at Law

Enclosures
SLE:ek